INTERNATIONAL HARVEST HAT CO. *v.* UNITED STATES

No. 4422.—Invoices dated Tehuacan, Mexico, April 18, May 9, 1936.
Entered at St. Louis, Mo., May 11, 25, 1936.
Entry Nos. 1746, 1847.

Second Division, Appellate Term

(Decided October 21, 1938)

*Tompkins & Tompkins* for the appellant.

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the appellee.

Before TILSON, KINCHELOE, and DALLINGER, Judges

TILSON, Judge: These applications for review, having been formally abandoned, are hereby dismissed. Judgment will be rendered accordingly.